UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDIRAHMAN NUR, D.D.S,

      Plaintiff,                           Case No. 19-cv-10102
                                         Hon. Matthew F. Leitman

v.

LAWRENCE W. STEWART, D.D.S., *et al.*,

      Defendants

_____/

### ORDER TERMINATING DEFENDANTS'
### MOTION TO COMPEL (ECF No. 28) AS MOOT

On November 1, 2019, Defendants filed a motion to compel Plaintiff to comply with certain provisions of a facilitation agreement that the parties had executed. (*See* Mot., ECF No. 28.)  Since the filing of that motion, the Court entered a stipulated order regarding the enforcement of the parties' facilitation agreement. (*See* Stip. Order, ECF No. 38.)  Defendants' motion to compel is therefore moot. Accordingly, the Court **TERMINATES** Defendants' motion to compel (ECF No. 28) **WITHOUT PREJUDICE** as moot.

      **IT IS SO ORDERED**.

                               s/Matthew F. Leitman
                               MATTHEW F. LEITMAN
                               UNITED STATES DISTRICT JUDGE

Dated:  May 27, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 27, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
